UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| STEPHEN MICHAEL MOBLEY, | : | Case Nos. 3:08-cv-285 |
| | : | 3:02-cr-5 |
| Petitioner, | : | |
| | : | Judge Timothy S. Black |
| vs. | : | Magistrate Judge Sharon L. Ovington |
| | : | |
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Respondent. | : | |

### DECISION AND ENTRY: (1) ADOPTING THE REPORT AND RECOMMENDATIONS OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 237); AND (2) DISMISSING THIS ACTION (Doc. 214) WITH PREJUDICE

This case is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Sharon L. Ovington. Pursuant to such reference, the Magistrate Judge reviewed the pleadings filed with this Court, and, on September 9, 2010, submitted a Report and Recommendations. (Doc. 237). The Petitioner did not object to the Report and Recommendations.

As required by 29 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Report and Recommendations should be and is hereby adopted in its entirety.

Accordingly, this action is **DISMISSED** with prejudice.

Date: 10/15/10

Timothy S. Black
United States District Judge